# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: YORK COUNTY TAX CLAIM BUREAU  EMEKA KINGSLEY OGUEJIOFOR AND WECAN TRANSPORT INCORPORATED AND KONSTANTINOS G. SGAGIOS | : : : : : : : | No. 152 MAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF:  EMEKA KINGSLEY OGUEJIOFOR AND WECAN TRANSPORT INCORPORATED | : : : | |
| IN RE: YORK COUNTY TAX CLAIM BUREAU, EMEKA KINGSLEY OGUEJIOFOR AND WECAN TRANSPORT INCORPORATED, AND KONSTANTINOS G. SGAGIOS | : : : : : : : | No. 153 MAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: EMEKA KINGSLEY OGUEJIOFOR AND WECAN TRANSPORT INCORPORATED | : : : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.  Petitioner's Application for Remand is also **DENIED**.